IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JEREMY DANIEL DAVIS,

       Appellant,

                                   Case No. 5D21-2802
v.                                 LT Case No. 2019-CF-000621

STATE OF FLORIDA,

       Appellee.
_____/

Decision filed May 10, 2022

Appeal from the Circuit Court
for St. Johns County,
R. Lee Smith, Judge.

Matthew J. Metz, Public Defender, and
Joseph Chloupek, Assistant Public
Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Rebecca Rock
McGuigan, Assistant Attorney General,
Daytona Beach, for Appellee.

PER CURIAM.

     AFFIRMED.

EVANDER, EDWARDS and WOZNIAK, JJ., concur.